UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA CALDERON, n/k/a Patricia Collver,

    Plaintiff,

v.                               CASE NO. 2:10-cv-602-FtM-29DNF

LFC MANAGEMENT SERVICES, INC.,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF SERVICE OF ANSWERS TO FIRST SET OF INTERROGATORIES PROPOUNDED FROM PLAINTIFF**

YOU ARE HEREBY NOTIFIED that the Answered Interrogatories, as described below, have been completed and furnished to all counsel of record.

| | |
|---|---|
| INTERROGATORIES PROPOUNDED BY: | Plaintiff |
| DATED: | February 17, 2011 |
| INTERROGATORIES DIRECTED TO: | Defendant |
| ORIGINAL FURNISHED TO: | Rani Nair Bolen, Esq. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of May, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jennifer Daley, Esq., Rani Nair Bolen, Esq., Karen C. Amlong, Esq., William R. Amlong, Esq., Amlong & Amlong, P.A., 500 N.E. 4th St., 2nd Floor, Fort Lauderdale, FL 33301.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant
P.O. Box 280
Fort Myers, Florida 33902-0280
Phone No. (239) 344-1118
Fax No. (239) 344-1590
E-mail: john.potanovic@henlaw.com
E-mail: suzanne.boy@henlaw.com

By: __s/Suzanne M. Boy_____
John F. Potanovic
Florida Bar No. 773360
Suzanne M. Boy
Florida Bar No. 0035400