United States District Court
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division
Case Number: 2:10-cv-602-FtM-29DNF

Patricia Calderon n/k/a Patricia Collver,

    Plaintiff

vs.

LFC Management Services, Inc.,

    Defendant.
_____/

**Stipulation of Voluntary Dismissal**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff, Patricia Calderon, n/k/as Patrica Collver, and defendant, LFC Management Services, Inc., stipulate and agree that this action shall be discontinued and dismissed with prejudice with each party to bear its own attorneys fees and costs.

Dated: August 10, 2011.

Respectfully Submitted,

/s/Karen Coolman Amlong
Karen Coolman Amlong
Florida Bar Number 275565
kamlong@theamlongfirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Fort Lauderdale, FL  33301-1154
Telephone: (954) 462-1983
Facsimile: (954)523-3192
**Attorneys for Plaintiff**

/s/John F. Pontanovic
JOHN F. POTANOVIC
Florida Bar No.: 773360
john.potanovic@henlaw.com
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
P.O. Box 280
Fort Myers, Florida 33902-0280
(239)344-1118 (phone)
(239)344-1590 (fax)
**Attorneys for Defendant**