# UNITED STATES DISTRICT COURT
# MEDIATORS REPORT

Court Case No: 2:10-CV-602-FtM-29DNF District Middle Division Ft. Myers

Case Style: Calderon v LFC Management Services

Mediation Date: 8-1-11          Mediator: DAVID PROLMAN

## TYPE OF CASE

| | |
|---|---|
| Breach of Contract ___ | Mechanic's Liens/Work Labor & Materials Suits ___ |
| Condo Dispute ___ | Personal Injury ___ |
| Construction Defect ___ | Probate ___ |
| Divorce Settlement ___ | Product Liability ___ |
| Equity Matters ___ | Real Estate & Related Matters |
| Malpractice ___ | Nursing Home |
| Intellectual Properties ___ | |

Other (specify) __Employment__

FILED 2011 AUG 22 AM 11:30 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA

The following were present:

__✓__ 1. All plaintiffs and plaintiff trial counsel.

___ 2. If plaintiff is not an individual, the representative who appeared had total authority.

__✓__ 3. All defendants and defense trial counsel.

___ 4. If defendant is not an individual, the representative who appeared had total authority.

## OUTCOME

__✓__ The conflict has been completely resolved.

___ The conflict has been partially resolved.

___ The parties have reached a total impasse.

___ The matter has been continued until _____ for further mediation.

___ Other: _____

Dated: 8-1-11

_____
239 262-5880    David Prolman, Mediator
                Certification # 01891R